**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____  Chapter __7__

☐ Check if this an
amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy     4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **SEILING IMAGING, INC.** |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | **FDBA West Coast Imaging**<br>**FDBA Aspen Creek Photo**<br>**FDBA Metal & Paper** |
| 3. | Debtor's federal Employer Identification Number (EIN) | **77-0517545** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **40094 Highway 49**<br>**Oakhurst, CA 93644**<br>Number, Street, City, State & ZIP Code | **Post Office Box 205**<br>**Oakhurst, CA 93644**<br>P.O. Box, Number, Street, City, State & ZIP Code |
| **Madera**<br>County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
＿＿＿＿

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check all that apply:*

　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

　☐ A plan is being filed with this petition.

　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | ＿＿＿＿＿＿ | ＿＿＿＿ | ＿＿＿＿＿＿ |
| | ＿＿＿＿＿＿ | ＿＿＿＿ | ＿＿＿＿＿＿ |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | | | Relationship | |
|---|---|---|---|---|
| | Debtor | ＿＿＿＿＿＿ | ＿＿＿＿＿＿ | |
| | District | ＿＿＿＿＿＿ | When ＿＿＿ | Case number, if known ＿＿＿ |

**11. Why is the case filed in this district?** *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
Contact name
Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**  *Check one:*

■ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

■ 1-49   ☐ 1,000-5,000   ☐ 25,001-50,000
☐ 50-99   ☐ 5001-10,000   ☐ 50,001-100,000
☐ 100-199   ☐ 10,001-25,000   ☐ More than100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
■ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000   ☐ $1,000,001 - $10 million   ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000   ☐ $10,000,001 - $50 million   ☐ $1,000,000,001 - $10 billion
■ $100,001 - $500,000   ☐ $50,000,001 - $100 million   ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million   ☐ $100,000,001 - $500 million   ☐ More than $50 billion

| Debtor | SEILING IMAGING, INC. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     June 26, 2017
                MM / DD / YYYY

X /s/ Richard Seiling          Richard Seiling
Signature of authorized representative of debtor          Printed name

Title     Chief Executive Officer

**ORIGINAL**

**18. Signature of attorney**

X /s/ Hagop T. Bedoyan          Date   June 26, 2017
Signature of attorney for debtor          MM / DD / YYYY

Hagop T. Bedoyan
Printed name

Klein, DeNatale, Goldner LLP.
Firm name

5260 North Palm Ave. Suite 201
Fresno, CA 93704
Number, Street, City, State & ZIP Code

Contact phone   (559) 438-4374     Email address   hbedoyen@kleinlaw.com

131285
Bar number and State

**United States Bankruptcy Court**
**Eastern District of California**

In re   <u>SEILING IMAGING, INC.</u>                                    Case No. _____

                              <u>Debtor(s)</u>                          Chapter   <u>7</u>

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Richard Seiling, declare under penalty of perjury that I am the Chief Executive Officer of  SEILING IMAGING, INC., and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the <u>26th</u> day of <u>June</u>, <u>2017</u>.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Richard Seiling, Chief Executive Officer of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Richard Seiling, Chief Executive Officer of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Richard Seiling, Chief Executive Officer of this Corporation is authorized and directed to employ Hagop T. Bedoyan 131285, attorney and the law firm of Klein, DeNatale, Goldner LLP. to represent the corporation in such bankruptcy case."

Date  <u>June 26, 2017</u>                          Signed   /s/ Richard Seiling
                                                          Richard Seiling

ORIGINAL

Resolution of Board of Directors
of
**SEILING IMAGING, INC.**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Richard Seiling, Chief Executive Officer** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 7 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Richard Seiling, Chief Executive Officer** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Richard Seiling, Chief Executive Officer** of this Corporation is authorized and directed to employ **Hagop T. Bedoyan 131285**, attorney and the law firm of **Klein, DeNatale, Goldner LLP.** to represent the corporation in such bankruptcy case.

Date   **June 26, 2017**               Signed                     
RICHARD SEILING

Date   **June 26, 2017**               Signed                     
SUSAN SEILING

ORIGINAL

| Fill in this information to identify the case: |
|---|

Debtor name     **SEILING IMAGING, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals        12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

     **1a. Real property:**
     Copy line 88 from *Schedule A/B*..................................................................................    $        0.00

     **1b. Total personal property:**
     Copy line 91A from *Schedule A/B*................................................................................    $     67,986.00

     **1c. Total of all property:**
     Copy line 92 from *Schedule A/B*.................................................................................    $     67,986.00

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
     Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................    $        0.00

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

     **3a. Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................    $        0.00

     **3b. Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................    +$    398,217.10

4.   **Total liabilities** ...............................................................................................
     Lines 2 + 3a + 3b              $     398,217.10

**Fill in this information to identify the case:**

Debtor name     **SEILING IMAGING, INC.**

United States Bankruptcy Court for the:     EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
   amended filing

# Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          **12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................     $                0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*..............................................................................     $          68,265.67

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................     $          68,265.67

| Part 2: | Summary of Liabilities |
| --- | --- |

2. ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................     $           5,067.92

3. ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................     $          69,439.05

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................     +$         328,778.05

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b          $         403,285.02

**Fill in this information to identify the case:**

Debtor name    **SEILING IMAGING, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property     12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number |
| --- | --- | --- |
| **Wells Fargo Bank**<br>**PO Box 6995**<br>**Portland OR 97228** | | |

**Name on Account: West Coast Imaging**

| | | | |
| --- | --- | --- | --- |
| 3.1. | **Checking Account No. XXXXXX2436** | **Business Checking** | $280.67 |

4.    **Other cash equivalents** *(Identify all)*

5.    **Total of Part 1.**

     Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      **$280.67**

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
     Description, including name of holder of deposit

     **Security Deposits paid to 41/49 Highway Junction Limited Partnership**

| | | |
| --- | --- | --- |
| 7.1. | **See Schedule G** | $7,235.00 |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
     Description, including name of holder of prepayment

| Debtor | **SEILING IMAGING, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

9. **Total of Part 2.**                                               **$7,235.00**
Add lines 7 through 8. Copy the total to line 81.

**Part 3:**  Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.   **Accounts receivable**
11a. 90 days old or less:    **327.00** -    **327.00** = ....    **$0.00**
     face amount       doubtful or uncollectible accounts

12.   **Total of Part 3.**                                            **$0.00**
Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**  Investments

**13. Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**  Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**  Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**  Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **Micsellaneous Office furnishings located at 40094 Higway 49, Oakhurst, CA** | **$0.00** | | **Unknown** |

40.   **Office fixtures**

41.   **Office equipment, including all computer equipment and communication systems equipment and software**

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

| Debtor | **SEILING IMAGING, INC.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

42.  **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.  **Total of Part 7.**                                                                           **$0.00**
Add lines 39 through 42. Copy the total to line 86.

44.  **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.  **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>See Exhibit A | $0.00 | | $60,750.00 |

51.  **Total of Part 8.**                                                                          **$60,750.00**
Add lines 47 through 50. Copy the total to line 87.

52.  **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

53.  **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

54. **Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.

| Debtor | **SEILING IMAGING, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.
☐ Yes Fill in the information below.

| Debtor | **SEILING IMAGING, INC.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $280.67 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $7,235.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $60,750.00 | |
| 88. **Real property.** *Copy line 56, Part 9* .......................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $68,265.67 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $68,265.67 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy

**50.      Other machinery, fixtures, and equipment**

Equipment located at 40094 Highway 49,  Oakhurst, CA 93644:

| DESCRIPTION | ESTIMATE OF VALUE |
|---|---|
| Epson 7890 – Working | 1,000 |
| Epson 7890 - Missing Head | 500 |
| Epson 9890 – Working | 2,000 |
| Bienfang Vacuum Press 4468H | 2,500 |
| Chromira Pro Lab | 30,000 |
| Roller Press - Jet Mounter 61" | 4,500 |
| Roller Press - Jet Mounter 30" | 1,500 |
| Gallery Stretcher 60" Canvas Stretcher | 1,750 |
| Gallery Stretcher 36" canvas Stretcher | 1,000 |
| Fletcher Substrate Cutter | 2,000 |
| ErgoSoft RIP Software - Studio Print 14 | 750 |
| Foster Rotary Cutter 120" | 500 |

Equipment located at 40178 Enterprise Drive, Suite D&E, Oakhurst CA 93644:

| DESCRIPTION | ESTIMATE OF VALUE |
|---|---|
| Chopper | 750 |
| CNC Router and Dust Collector - CAMaster CR-510 | 12,000 |
| **TOTAL:** | **$60,750** |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **SEILING IMAGING, INC.** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:**   List Creditors Who Have Secured Claims

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|---|
| **2.1** | **Madera County Tax Collector**<br><br>Creditor's Name<br><br>**200 West 4th Street**<br>**Madera, CA 93637**<br><br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**2016-2017**<br>**Last 4 digits of account number**<br>**1000**<br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | Describe debtor's property that is subject to a lien<br>**Fixtures, Improvements and Personal Business Property located at 40094 Highway 49, Oakhurst, CA 93644**<br><br>Describe the lien<br>**Tax Lien**<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | $5,067.92 | $60,750.00 |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    $5,067.92

**Part 2:**   List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name          **SEILING IMAGING, INC.**

United States Bankruptcy Court for the:        EASTERN DISTRICT OF CALIFORNIA

Case number (if known)        _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  |  | Total claim | Priority amount |
|---|---|---|---|---|

| 2.1 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Employment Development
Department**
P.O. Box 826900, MIC 92E
Sacramento, CA 94280-0001

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$0.00** | **$0.00** |
|---|---|---|---|---|

**Franchise Tax Board**
P.O. Box 2952
Sacramento, CA 95812-2952

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**FOR NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

| Debtor | **SEILING IMAGING, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $49,246.80 | $12,475.00 |
|---|---|---|---|---|
| | **Richard Seiling**<br>**Post Office Box 205**<br>**Oakhurst, CA 93644** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/9/2016 thorugh 3/15/2017** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $0.00 | $0.00 |
|---|---|---|---|---|
| | **State Board of Equalization**<br>**Account Analysis & Control Sec**<br>**MIC 29**<br>**PO Box 942879**<br>**Sacramento, CA 94279** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**FOR NOTICE PURPOSES ONLY** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $20,192.25 | $12,475.00 |
|---|---|---|---|---|
| | **Susan Seiling**<br>**Post Office Box 205**<br>**Oakhurst, CA 93644** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**7/9/2016 through 3/15/2017** | Basis for the claim:<br>**Wages** | | |
| | Last 4 digits of account number | Is the claim subject to offset? | | |
| | Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | ■ No<br>☐ Yes | | |

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| Debtor | **SEILING IMAGING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.1 | Nonpriority creditor's name and mailing address<br>**41/49 Highway Junction Project**<br>**40179 Enterprise Drive, Suite A2**<br>**Oakhurst, CA 93644**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number ___ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Past Due Rents, plus additional fees for early termination**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $45,405.00 |
|---|---|---|---|
| 3.2 | Nonpriority creditor's name and mailing address<br>**American Express Business Gold**<br>**Box 0001**<br>**Los Angeles, CA 90096-8000**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number __1004__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,274.48 |
| 3.3 | Nonpriority creditor's name and mailing address<br>**American Express Gold**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096-8000**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number __6002__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $17,128.96 |
| 3.4 | Nonpriority creditor's name and mailing address<br>**American Express Merchant Services**<br>**PO Box 299051**<br>**Fort Lauderdale, FL 33329-9051**<br><br>Date(s) debt was incurred __2016__<br>Last 4 digits of account number __0164__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Merchant Services Account for Aspen Creek Photo**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.5 | Nonpriority creditor's name and mailing address<br>**American Express Merchant Services**<br>**PO Box 299051**<br>**Fort Lauderdale, FL 33329-9051**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number __8487__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Merchant Services Account for West Coast Imaging**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.6 | Nonpriority creditor's name and mailing address<br>**American Express Merchant Services**<br>**PO Box 299051**<br>**Fort Lauderdale, FL 33329-9051**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number __9656__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Merchant Services Account for West Coast Imaging**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.7 | Nonpriority creditor's name and mailing address<br>**Barclay Card**<br>**PO Box 60517**<br>**City of Industry, CA 91716-0517**<br><br>Date(s) debt was incurred ___<br>Last 4 digits of account number __1966__ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Credit Card**<br><br>Is the claim subject to offset? ■ No ☐ Yes | $6,737.20 |

| Debtor | **SEILING IMAGING, INC.** | | Case number (*if known*) | |
| | Name | | | |

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $5,758.07 |
| | **Bay Photo Inc.** | ☐ Contingent | |
| | **920 Disc Drive** | ☐ Unliquidated | |
| | **Scotts Valley, CA 95066** | ☐ Disputed | |
| | Date(s) debt was incurred **2017** | Basis for the claim: **Liability for assumption of outstanding gift cards in the name of Seiling Imaging, Inc.** | |
| | Last 4 digits of account number **0017** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $4,396.05 |
| | **Bay Photo Inc.** | ☐ Contingent | |
| | **920 Disc Drive** | ☐ Unliquidated | |
| | **Scotts Valley, CA 95066** | ☐ Disputed | |
| | Date(s) debt was incurred **2017** | Basis for the claim: **Repairs on Lightjet leased by Debtor** | |
| | Last 4 digits of account number **0016** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $38,015.63 |
| | **Bay Photo Inc.** | ☐ Contingent | |
| | **920 Disc Drive** | ☐ Unliquidated | |
| | **Scotts Valley, CA 95066** | ☐ Disputed | |
| | Date(s) debt was incurred **3/16/2017** | Basis for the claim: **Claims arrising out of completion of production in progress for Debtor** | |
| | Last 4 digits of account number **0018** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $0.00 |
| | **Century Bank Card Services** | ☐ Contingent | |
| | **20 Pacifica Avenue** | ☐ Unliquidated | |
| | **Irvine, CA 92618** | ☐ Disputed | |
| | Date(s) debt was incurred **_** | Basis for the claim: **Merchant Services Account for West Coast Imaging** | |
| | Last 4 digits of account number **2885** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $0.00 |
| | **Century Bank Card Services** | ☐ Contingent | |
| | **20 Pacifica Avenue** | ☐ Unliquidated | |
| | **Irvine, CA 92618** | ☐ Disputed | |
| | Date(s) debt was incurred **_** | Basis for the claim: **Merchant Services Account for Aspen Creek Photo** | |
| | Last 4 digits of account number **4887** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $20,973.61 |
| | **Citibank AAdvantage** | ☐ Contingent | |
| | **PO Box 6500** | ☐ Unliquidated | |
| | **Sioux Falls, SD 57117** | ☐ Disputed | |
| | Date(s) debt was incurred **_** | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number **8583** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that apply.* | $22,075.97 |
| | **Citibank AAdvantage** | ☐ Contingent | |
| | **PO Box 6500** | ☐ Unliquidated | |
| | **Sioux Falls, SD 57117** | ☐ Disputed | |
| | Date(s) debt was incurred **_** | Basis for the claim: **Credit Card** | |
| | Last 4 digits of account number **9842** | | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | SEILING IMAGING, INC. | Case number (if known) |
|---|---|---|
| | Name | |

**3.15** Nonpriority creditor's name and mailing address
Conde Systems Inc.
5600 Commerce Blvd, East
Mobile, AL 36619

Date(s) debt was incurred __
Last 4 digits of account number  5704

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Purchase of metal print supplies

Is the claim subject to offset? ■ No ☐ Yes

$4,100.10

**3.16** Nonpriority creditor's name and mailing address
Discover Card
PO Box 51908
Los Angeles, CA 90051-6208

Date(s) debt was incurred __
Last 4 digits of account number  6358

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ☐ No ☐ Yes

$13,617.68

**3.17** Nonpriority creditor's name and mailing address
Federal Express
P.O. Box 7221
Pasadena, CA 91109

Date(s) debt was incurred __
Last 4 digits of account number  2347

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Shipping fees

Is the claim subject to offset? ■ No ☐ Yes

$35,051.81

**3.18** Nonpriority creditor's name and mailing address
First National Bank
P.O. Box 2818
Omaha, NE 68103-2818

Date(s) debt was incurred __
Last 4 digits of account number  1447

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Credit Card

Is the claim subject to offset? ■ No ☐ Yes

$21,972.75

**3.19** Nonpriority creditor's name and mailing address
Intuit Merchant Services
21215 Burbank Blvd. #100
Woodland Hills, CA 91367

Date(s) debt was incurred __
Last 4 digits of account number  0822

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchant Services Account for Aspen Creek Paper

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.20** Nonpriority creditor's name and mailing address
Intuit Merchant Services
21215 Burbank Blvd. #100
Woodland Hills, CA 91367

Date(s) debt was incurred __
Last 4 digits of account number  5505

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Merchant Services Account for Metal & Paper.

Is the claim subject to offset? ■ No ☐ Yes

$0.00

**3.21** Nonpriority creditor's name and mailing address
Jeff Grandy
Post Office Box 561
Oakhurst, CA 93644

Date(s) debt was incurred  9/2016
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  Business loan

Is the claim subject to offset? ■ No ☐ Yes

$260.00

| Debtor | **SEILING IMAGING, INC.** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.22** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Paypal**
**PO Box 45950**
**Omaha, NE 68145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Merchant Services Account for Metal & Paper**

Last 4 digits of account number  **NKZ4**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Paypal**
**PO Box 45950**
**Omaha, NE 68145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Merchant Services Account for Aspen Creek Paper**

Last 4 digits of account number  **4UXA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Paypal**
**PO Box 45950**
**Omaha, NE 68145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Merchant Services Account for West Coast Imaging**

Last 4 digits of account number  **B9TG**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,062.68

**Paypal Working Capital**
**PO Box 5018**
**Lutherville Timonium, MD 21094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loan in the name of Aspen Creek Photo**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $37,400.00

**Richard Seiling**
**Post Office Box 205**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016/17**

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,250.00

**Richard Seiling**
**Post Office Box 205**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2016/17**

Basis for the claim:  **Rent**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,634.24

**Richard Seiling**
**Post Office Box 205**
**Oakhurst, CA 93644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Loans**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **SEILING IMAGING, INC.**
     Name                                                                Case number (if known) _____

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply | $23.30 |
|---|---|---|---|

3.29    **Richard Seiling**
Post Office Box 205
Oakhurst, CA 93644

Date(s) debt was incurred __2017__

Last 4 digits of account number __ __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Reimbursement of Business Purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

3.30    **Stripe**
185 Berry Street
San Francisco, CA 94107

Date(s) debt was incurred __

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply     $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Merchant Services Account for West Coast Imaging;__
__Aspen Creek Paper; Metal & Paper.__

Is the claim subject to offset? ■ No ☐ Yes

---

3.31    **Susan Seiling**
Post Office Box 205
Oakhurst, CA 93644

Date(s) debt was incurred __2017__

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply     $29.15

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Reimbursement of Business Purchases__

Is the claim subject to offset? ■ No ☐ Yes

---

3.32    **Uline Inc**
PO Box 88741
Chicago, IL 60680

Date(s) debt was incurred __

Last 4 digits of account number __ __

As of the petition filing date, the claim is: Check all that apply     $1,611.37

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Shipping Supplies__

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1531 | Line __3.2__<br><br>☐ Not listed. Explain ____ | __ |
| 4.2 | **American Express**<br>P.O. Box 981535<br>El Paso, TX 79998-1531 | Line __3.3__<br><br>☐ Not listed. Explain ____ | __ |
| 4.3 | **United States Attorney**<br>for Internal Revenue Service<br>2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 | Line __2.3__<br><br>☐ Not listed. Explain ____ | __ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 69,439.05 |
| 5b. Total claims from Part 2 | 5b. | + $ | 328,778.05 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com      

| Debtor | **SEILING IMAGING, INC.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $              **398,217.10**

| Fill in this information to identify the case: |
|---|
| Debtor name **SEILING IMAGING, INC.** |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF CALIFORNIA |
| Case number (if known) _____ |

☐ Check if this is an
  amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Type of Contract: Real Property Lease Debtor's Interest: Lessee Address: 1900 square foot office space located at 40120 Highway 49, Suite C, Oakhurst CA Terms: 3 years 08/01/2015 through 07/31/15 - $866 per month year one; $896 per month year two; $926 per month year three Security Deposit: $1,000.00** | |
| | State the term remaining | | |
| | List the contract number of any government contract | | **41/49 Highway Junction Project 40179 Enterprise Drive, Suite A2 Oakhurst, CA 93644** |

| | | | |
|---|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Type of Contract: Real Property Lease Debtor's Interest: Lessee Address: 1800 square foot warehouse space and paved parking area located at 40178 Enterprise Drive Suites C &D, Oakhurst CA Terms: 3 years 01/01/2015 through 12/31/2017- $742 per month year one; $770 per month year two; Security Deposit: $1,250.00** | |
| | State the term remaining | | **41/49 Highway Junction Project 40179 Enterprise Drive, Suite A@ Oakhurst, CA 93644** |

Debtor 1   **SEILING IMAGING, INC.**   Case number *(if known)* _____

First Name   Middle Name   Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

List the contract number of any government contract   _____

| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Type of Contract: Real Property Lease**<br>**Debtor's Interest: Lessee**<br>**Address: 4600 square foot office space located at 40094 Highway 49, Suite A, Oakhurst CA**<br>**Terms: 3 years 01/01/2016 through 12/31/18 - $3,620 base rent per month year one; $3,729 Base rent per month year two; $3,841.00 base rent per month year three; plus CAM charges $279 per month**<br>**Security Deposit: $4,185.00** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **41/49 Highway Junction Project**<br>**40179 Enterprise Drive, Suite A@**<br>**Oakhurst, CA 93644** |

| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Type of Contract: Real Property Lease**<br>**Debtor's Interest: Lessee**<br>**Address: 740 square foot warehouse space located at 40114 Highway 49, Suite A, Oakhurst CA**<br>**Terms: 3 years 01/01/2016 through 12/31/18 - $512 per month year one; $537 per month year two; $562 per month year three; plus CAM charges**<br>**Security Deposit: $800.00** |
|---|---|---|
| | State the term remaining | |
| | List the contract number of any government contract | **41/49 Highway Junction Project**<br>**40179 Enterprise Drive, Suite A@**<br>**Oakhurst, CA 93644** |

Debtor 1    **SEILING IMAGING, INC.**                                Case number *(if known)* _____
_____
First Name     Middle Name     Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**            State the name and mailing address for all other parties with
                                                          whom the debtor has an executory contract or unexpired
                                                          lease

| | | | |
|---|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 001-60712777-303 Equipment Leased: Lightjet and Processor Balance owed: $39,175.57 Location of Equipment: 40114 Highway 49, Oakhurst, CA** | |
| | State the term remaining | | **Financial Pacific Leasing 3455 S. 344th Way #300 Auburn, WA 98001-9546** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **Type of Contract:  Real Property Lease Debtor's Interest: Lessee Address:  Upper Studio located at 50412 Snowy Creek Way. Coursegold CA 93614 Terms: $1,000 per month - monthly until terminated on April 30, 2017** | |
| | State the term remaining | | **Richard and Susan Seiling Post Office Box 205 Oakhurst, CA 93644** |
| | List the contract number of any government contract | | |

| | | | |
|---|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Type of Contract:  Real Property Lease Debtor's Interest: Lessee Address:  vacant commercial property located at Lot 12, Junction Drive, Oakhurst, CA 93644 Terms: $1,200 per month - monthly until terminated on April 30, 2017** | |
| | State the term remaining | | **Richard and Susan Seiling Post Office Box 205 Oakhurst, CA 93644** |
| | List the contract number of any government contract | | |

Debtor 1    **SEILING IMAGING, INC.**                          Case number *(if known)* _____
            First Name        Middle Name        Last Name

  **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**                State the name and mailing address for all other parties with
                                                              whom the debtor has an executory contract or unexpired
                                                              lease

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 001-6069415-303 Equipment Leased: Miter Saw; Nikon D810; i1Software; SonicWall Network Security Balance owed: $18,899.00 Location of equipment: 40178 Enterprise Drive, Suite D&E,  Oakhurst, CA** | |
|---|---|---|---|
| | State the term remaining | | **TCF Equipment Finance 11100 Wayzota Boulevert, Suite 801 Minnetonka, MN 55305** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Lease No. 001-6069415-304 Equipment Leased: Cannon 60" Printer; Drytac Wide Format Laminator and Assessories Balance owed: $15,437.00 Location of Equipment: 40094 Higway 49, Oakhurst, CA** | |
|---|---|---|---|
| | State the term remaining | | **TCF Equipment Finance 11100 Wayzota Boulevert, Suite 801 Minnetonka, MN 55305** |
| | List the contract number of any government contract | | |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **SEILING IMAGING, INC.**                          Case number *(if known)* _____
            First Name          Middle Name          Last Name

 **Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**        **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

2.10.    State what the contract or        **Lease No.**
         lease is for and the nature of    **001-6069415-305**
         the debtor's interest             **Equipment Leased:**
                                           **Panal Saw; HP Z440**
                                           **Mini Tower**
                                           **Workstation; Two 27"**
                                           **iMac Computers;**
                                           **Epson 6200 Printer**
                                           **Balance owed:**
                                           **$16,103.00**
                                           **Location of Equipment:**
                                           **40178 Enterprise Drive,**
                                           **Suite D&E, Oakhurst,**
                                           **CA**
                                           **(1) iMac Computer is in**
                                           **the possession of**
                                           **former employee,**
                                           **Terrance Reimer, 53607**
                                           **Woaka Poyah, North**
                                           **Fork, CA 93643  -**
                                           **Phone No. available**
         State the term remaining          **upon request**

         List the contract number of any            **TCF Equipment Finance**
         government contract                         **11100 Wayzota Boulevert, Suite 801**
                                                     **Minnetonka, MN 55305**

**Fill in this information to identify the case:**

Debtor name    **SEILING IMAGING, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an
   amended filing

Official Form 206H
# Schedule H: Your Codebtors
<div align="right">12/15</div>

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

|  | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Citibank AAdvantage | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.2 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | American Express Gold | ☐ D _____<br>■ E/F   **3.3**<br>☐ G _____ |
| 2.3 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Barclay Card | ☐ D _____<br>■ E/F   **3.7**<br>☐ G _____ |
| 2.4 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Discover Card | ☐ D _____<br>■ E/F   **3.16**<br>☐ G _____ |
| 2.5 | Susan Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Citibank AAdvantage | ☐ D _____<br>■ E/F   **3.13**<br>☐ G _____ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                  Best Case Bankruptcy

| Debtor | SEILING IMAGING, INC. | Case number *(if known)* | |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                         Column 2: **Creditor**

| 2.6 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | 41/49 Highway<br>Junction Project | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.7 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Richard and Susan<br>Seiling | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.8 | Richard Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Richard and Susan<br>Seiling | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |
| 2.9 | Susan Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | 41/49 Highway<br>Junction Project | ☐ D _____<br>☐ E/F _____<br>■ G __2.1__ |
| 2.10 | Susan Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Richard and Susan<br>Seiling | ☐ D _____<br>☐ E/F _____<br>■ G __2.6__ |
| 2.11 | Susan Seiling | Post Office Box 205<br>Oakhurst, CA 93644 | Richard and Susan<br>Seiling | ☐ D _____<br>☐ E/F _____<br>■ G __2.7__ |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor name</td><td><strong>SEILING IMAGING, INC.</strong></td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>EASTERN DISTRICT OF CALIFORNIA</td></tr>
<tr><td>Case number (if known)</td><td></td></tr>
</table>

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.** Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets--Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended Schedule _____
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    June 26, 2017            X /s/ Richard Seiling
                                        Signature of individual signing on behalf of debtor

                                        **Richard Seiling**
                                        Printed name

                                        **Chief Executive Officer**
                                        Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy


ORIGINAL

**Fill in this information to identify the case:**

Debtor name    **SEILING IMAGING, INC.**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF CALIFORNIA

Case number (if known)     _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy     04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | ☐ Operating a business<br>■ Other   **Business Operations** | **$277,831.21** |
   | **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ☐ Operating a business<br>■ Other   **Business Operations** | **$1,402,737.00** |
   | **For year before that:**<br>From **1/01/2015** to **12/31/2015** | ☐ Operating a business<br>■ Other   **Business Operations** | **$1,540,480.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|
   | **From the beginning of the fiscal year to filing date:**<br>From **1/01/2017** to **Filing Date** | **Liquidation of Business Assets -See Question 13** | **$100,352.64** |

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   |---|---|---|---|

Debtor    **SEILING IMAGING, INC.**                        Case number *(if known)* _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|---|
| 3.1. | **State Board of Eqaulization** **Account Analysis & Control Sec MIC 29** PO Box 942879 Sacramento, CA 94279 | 6/5/2017 | $1,200.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ■ Other **Sales Tax Payable** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1.  **See Attached Exhibit "1"** | | $0.00 | |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

<!-- Part 3 -->
**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

   ■ None

<!-- Part 4 -->
**Part 4:    Certain Gifts and Charitable Contributions**

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

Debtor    **SEILING IMAGING, INC.**           Case number *(if known)* _____

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

### Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss | Dates of loss | Value of property lost |
|---|---|---|---|
| | If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | | |

---

### Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Klein, DeNatale, Goldner<br>5260 N Palm, Suite 201<br>2nd Floor<br>Fresno, CA 93704 | | 5/04/2017 - $2,500.00 by Debtor<br>5/10/2017 - $3,700.00 by Debtor | $6,200.00 |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

Debtor    SEILING IMAGING, INC.                          Case number (if known) _____

| Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|
| 13.1<br>·  **Richard and Susan Seiling**<br>**Post Office Box 205**<br>**Oakhurst, CA 93644** | **Wisner, Schneider Lens, Cannon**<br>**Underwater Camera, Nikon D330, Misc.**<br>**Camera Gear** | **7/15/2016** | **$500.00** |
| **Relationship to debtor**<br>**Officers, Directors and**<br>**Shareholders** | | | |
| 13.2<br>·  **Richard and Susan Seiling**<br>**Post Office Box 205**<br>**Oakhurst, CA 93644** | **i1Photo Calibrator, D300 camera Body** | **7/15/2016** | **$100.00** |
| **Relationship to debtor**<br>**Officers, Directors and**<br>**Shareholders** | | | |
| 13.3<br>·<br><br>**Bay Photo Inc.**<br>**920 Disc Drive**<br>**Scotts Valley, CA 95066** | **Intellectual Property including Business**<br>**Names, Customer Lists, E-Mail Lists,**<br>**Web Sites, Web Hosting Accounts,**<br>**Social Media Accounts, Phone Numbers -**<br>**$50,000.00**<br>**Business Assets described in Exhibit "B"**<br>**attached here - $21,140.44**<br>**Sales Tax on Sale- $1,218.80** | **5/16/2017** | **$72,359.24** |
| **Relationship to debtor**<br>**None** | | | |
| 13.4<br>·<br><br>**Michael Ambrose Photograpy**<br>**39465 Mazanita Drive**<br>**Oakhurst, CA 93644** | **28" Sooper Edge Safety Cutter - $20**<br>**Gunnar Mat Cutter - $3,626**<br>**PC for Mat Cutter - $50**<br>**Monitor for Mat Cutter - $25**<br>**Anti Fatigue Mat - $10**<br>**Sales Tax - 298.52** | **4/19/2017** | **$4,030.00** |
| **Relationship to debtor**<br>**None** | | | |
| 13.5<br>·<br><br>**Mercedes-Benz of Fresno**<br>**7055 N. Palm Avenue**<br>**Fresno, CA 93650** | **2012 Ford E250 Econoline Cargo Van VIN**<br>**1FTNE2EW7CDA87943 - Leased from**<br>**Financial Pacific Leasing. Debtor belives**<br>**that the lease payoff was $9,380.60 as of**<br>**4/28/17.** | **4/29/2017** | **$13,200.00** |
| **Relationship to debtor**<br>**None** | | | |
| 13.6<br>·  **Abigail Beighay**<br>**39443 Manzanita Drive**<br>**Oakhurst, CA 93644** | **(2) Desks** | | **$200.00** |
| **Relationship to debtor**<br>**None** | | | |

Debtor    SEILING IMAGING, INC.                                    Case number *(if known)* _____

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7 . | Steve O'Driscoll 33754 Jennifer Lane Coarsegold, CA 93614 | Computer Monitor | | $32.40 |
| | Relationship to debtor None | | | |
| 13.8 . | Peggy Owens 51945 Mountain Quail Place Oakhurst, CA 93644 | (1) Desk | | $100.00 |
| | Relationship to debtor None | | | |
| 13.9 . | Scale Up Art 435 23rd Street, Unit D San Francisco, CA 94107 | MaxiPress | 5/18/2017 | $9,720.00 |
| | Relationship to debtor None | | | |

### Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | 40094 Highway 49, Suite A Oakhurst, CA 93644 | 12/01/2006 to 5/05/2017 |
| 14.2. | 20120 Highway 49, Suite C Oakhurst, CA 93644 | 6/12/2012 to 5/05/2017 |
| 14.3. | 50412 Snowy Creek Way Coarsegold, CA 93614 | 10/01/2013 to 4/30/2017 |
| 14.4. | Lot 12, Junction Drive Oakhurst, CA 93644 | 1/01/2014 to 4/30/2017 |
| 14.5. | 40178 Enterprise Drive Suite D&E Oakhurst, CA 93644 | 11/19/2014 to 5/05/2017 |
| 14.6. | 40114 Highway 49, Suite A Oakhurst, CA 93644 | 12/31/2015 to 5/05/2017 |

### Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■  No. Go to Part 9.
☐  Yes. Fill in the information below.

Debtor    **SEILING IMAGING, INC.**                        Case number (if known) _____

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

**16. Does the debtor collect and retain personally identifiable information of customers?**

- ■ No.
- ☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

- ■ No. Go to Part 10.
- ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **Premier Valley Bank Yosemite Bank 255 E. River Park Cir Ste 180 Fresno, CA 93720** | XXXX- | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  Merchant Account No. *******456 - $ 746.24 Checking Account No. *******652 - $12,092.15 Savings Account No. *******970 - $ 898.27 | 5/31/2017 | $0.00 |
| 18.2. | **Wells Fargo Bank 40044 Highway 49 Oakhurst, CA 93644** | XXXX-7410 | ☐ Checking<br>■ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other__ | 06/20/2017 | $405.73 |

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22.   Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

Debtor    **SEILING IMAGING, INC.**                          Case number *(if known)*

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
|---|---|---|
| | | Do not include Social Security number or ITIN. |
| | | **Dates business existed** |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | | Date of service From-To |
|---|---|---|
| 26a.1. | **John, Rich & Company**<br>**7257 N Maple Ave #110**<br>**Fresno, CA 93720-0167** | **2010 through 2016 - income tax preparation** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | **Richard and Susan Seiling**<br>**Post Office Box 205**<br>**Oakhurst, CA 93644** | **ALL BOOKS AND RECORDS ARE AVAILABLE.** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Richard Seiling** | **50412 Snowey Creek Way Coursegold, CA 93644** | **Chief Executive Officer, Director and Shareholder** | **50% common stock** |

Debtor    **SEILING IMAGING, INC.** _____          Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Susan Seiling | 50412 Snowey Creek Way Coursegold, CA 93644 | Chief Financial Officer, Director and Shareholder | 50% common stock |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

   ■ No
   ☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
   Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

   ☐ No
   ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See Attached Exhibit "1"** | | | |
| | **Relationship to debtor** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                    **Employer Identification number of the parent corporation**

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ■ No
   ☐ Yes. Identify below.

   **Name of the parent corporation**                    **Employer Identification number of the parent corporation**

Debtor   **SEILING IMAGING, INC.**                                    Case number *(if known)* _____

**Part 14:   Signature and Declaration**

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June 26, 2017**

**/s/ Richard Seiling**                                          **Richard Seiling**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Chief Executive Officer**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

ORIGINAL

EXHIBIT "1"

Payments and/or distributions to Insiders between May 1, 2016 and May 31, 2017:

| May 2016 to May 2017 | | |
|---|---|---|
| **Rich Seiling** | Wages | 21304.95 |
| | Payment - Seiling loan | 18050 |
| | Rent for Junction Property | 1200 |
| | Reimbursement for purchases | 399.07 |
| | Reimbursement 2015 tax return | 2150 |
| | **Total for Rich:** | **43104.02** |
| | | |
| **Susan Seiling** | Wages | 11491.41 |
| | Payment - Seiling loan | 10000 |
| | **Total for Susan:** | **21491.41** |

In addition to the payments described above, Debtor paid health insurance premiums to Kaiser Permanente for Richard and Susan Seiling in the amount totaling $11,845.05 between June 1, 2016, and May 11, 2017.

**Exhibit B**

**Statement of Financial Affairs**

**Question 13.**

| | Sold to Bay Photo 4/18/17 - 920 Disc Drive, Scotts Valley, CA 95066 | | | |
|---|---|---|---|---|
| B005 | Scanner - Tango XL | $5,000 | | xx |
| B006 | Scanner - Tango | $2,500 | Needs Repair | xx |
| B007 | Scanner - Tango XL Mac Mini, Silverfast Software | $250 | | xx |
| B008 | Scanner - Tango XL Mac G3, Linocolor Software | $100 | | xx |
| B009 | Scanner - Tango XL Computer Monitor | $50 | | xx |
| B010 | Scanner XL Mounting Station | $250 | | xx |
| B011 | Scanner Mounting Station | $250 | | xx |
| B012 | Scanner Tango G5 Computer with Silver Fast Software | $250 | | xx |
| B013 | Scanner Tango G4 Computer with Linocolor Software | $100 | | xx |
| B014 | Scanner Computer Monitor | $25 | | xx |
| B015 | 18x24 Light Table | $50 | | xx |
| B016 | iMac 21.5" Mid 2011 with Silverfast Software | $375 | | xx |
| B017 | NEC Monitor 1980sxi color accurate | $75 | | xx |
| B018 | Mac Mini late 2012 | $350 | | xx |
| B019 | P221W Monitor | $50 | | xx |
| B020 | Monitor NEC 224WMI | $50 | | xx |
| B022 | Mac Mini Late 2011 | $100 | | xx |
| B023 | Monitor | $30 | | xx |
| B024 | Monitor 0 NEC 2690 WUXI Color Accurate | $250 | | xx |
| B025 | Mac Mini late 2012 - ASF Order Processing Computer | $350 | | xx |
| B036 | Monitor | $30 | | xx |
| B037 | Monitor | $30 | | xx |
| B038 | Monitor | $30 | | xx |
| B039 | Mac Pro Model 1,1  ROES server | $250 | | xx |
| B040 | Monitor | $30 | | xx |
| B041 | iMac 21.5" mid 2011 - ASF Order Processing | $375 | | xx |
| B042 | Monitor | $30 | | xx |
| B043 | Mac Mini late 2012 - ACP Customer Service | $350 | | xx |
| B049 | Smart-UPS X750 Battery Back Up | $200 | | xx |
| B050 | iMac 21.5" mid 2011 | $375 | | xx |
| B064 | SYNology server DS 18+13 Client Files | $0 | Included with intel | xx |
| B065 | SYNology server DS 18+13 Client Files Backup | $0 | Included with intel | xx |
| B074 | Pallet Rack - 104" by 8 feet, five shelves | $150 | | xx |
| B076 | 104" by 10 feet pallet rack, 8 shelves | $200 | | xx |
| B100 | 8 foot by 103" 2 shelf Pallet Rack | $125 | | xx |
| B109 | Accu Cutter 12" Metal Shear | $250 | | xx |
| B110 | Accu Cutter Corner Rounder | $75 | | xx |
| | | | | |
| | 36x96 Pipe Leg Desk - Qty 2 at $100 each | $200 | | xx |
| | Costco Metal Shelves - 47"x17"x77" - Qty. 11 at $30 each | $330 | | xx |
| | Costco Metal Shelves - 47"x17"x77" - Qty. 5 at $30 each | $150 | | xx |
| | Scanner - 8 regular sized drums - $100 each | $800 | | xx |
| | Scanner - One XL drum - $100 | $100 | | xx |
| | MFC-J5910 Brother Printer | $150 | | xx |
| | Film Safe File Drawers & Key | $500 | | xx |
| | Office Supplies | 50 | | xx |
| | | | | |
| | TOTAL | $15,235 | | |
| | Check received into Wells Fargo Checking on 4/18/17 | -$15,235 | | |
| | Amount Due: | $0 | | |

Sold to Bay Photo 5/17/17 - 920 Disc Drive, Scotts Valley, CA 95066

| Item | Amount |
|---|---|
| KVM Switch IO Gear GCS104U | 30 |
| KVM Switch IO Gear GCS104U | 30 |
| NEC Multisync Monitor | 10 |
| Black rolling shelf | 30 |
| Black rolling shelf | 30 |
| Mini rolling filling cabinet | 20 |
| Mini rolling filling cabinet | 20 |
| Paper Shredder - Fellowes PS65C | 45 |
| Monitor Stands - Qty 5, plastic @ $5 each | 25 |
| Tall Plastic Storage Cabinet for scanning | 60 |
| Metal clamp paper holder | 50 |
| Power Strip | 3 |
| Anti Static Cleaning Brush - Qty 2 @$10 each | 20 |
| Battery Backup SUA1000 | 160 |
| Battery Backup SUA1000 | 160 |
| Belkin FSC1500-TW-RK Battery Backup | 75 |
| Photo organizing sleeves, negative sleeves for scanning of Misc sizes | 50 |
| B082 - 60x120 Black Laminate work table - credit back | -250 |
| Subtotal | 568 |
| Sales Tax | 45.44 |
| Total | $613.44 |
| Paid via Wells Fargo wire transfer 5/17/17 | -613.44 |
| Total Due: | 0 |

| ITEM # | NAME | Final Offer |
|---|---|---|
| | Sold to Bay Photo 5/15/17 - 920 Disc Drive, Scotts Valley, CA 95066 | |
| B070 | Rotatrim 54" | $300 |
| B073 | DeWalt Air Compressor | $200 |
| B077 | Better Pack 555E Shipping Tape Machine | $450 |
| B111 | DeWalt Air Compressor | $200 |
| | Vertical paper roll holder, square tube construction Qty 2 at $100 | $200 |
| | Vertical paper roll holder, wire construction Qty 2 at $50 each | $100 |
| | 60x120 Self Healing Mats Qty. 6 at $25 each | $150 |
| | Costco Metal Shelves - 47"x17"x77" - Qty. 5 at $30 each | $150 |
| | **Break Room Assets:** | |
| | Refrigerator | $75 |
| | Tall White Storage Cabinets - 2 at $30 each | $60 |
| | Coffee Bar | $50 |
| | 3 red breakroom chairs at $10 each | $30 |
| | Microwave | $30 |
| | Keurig | $30 |
| | Small Table | $25 |
| | | |
| | **Added by John** | |
| B021 | iMac 21.5" mid 2011 | $350 |
| B078 | Uline Manual Tape Machine | $175 |
| B080 | Sticky Roller | $80 |
| B081 | Sticky Roller | $80 |
| B082 | 60x120 Black Laminate work table | $250 |
| B088 | 60x120 Pine Table | $200 |
| B094 | 64" Sooper Edge Safety Cut ruler | $50 |
| B097 | 28" Sooper Edge Safety Cut ruler | $30 |
| | Pipe Leg Desks 36x96 - Qty 7 at $100 each | $600 |
| | 6 office chairs at $20 each | $100 |
| | Epson 9890 - Matt Black Printer | $1,000 |
| | | |
| | **Taken on 4/18/17 and 4/19/17** | |
| | | |
| | Power Strips Qty 3 | 10 |
| B052 | HP Color laser Printer 2025 | 25 |
| B079 | 150 Pound Toledo Scale | 250 |
| B053 | Zebra ZP450 Label printer | 100 |
| | | |
| CREDIT | Costco Metal Shelves - 47"x17"x77" - Qty. 11 at $30 each | -$330 |
| CREDIT | Costco Metal Shelves - 47"x17"x77" - Qty. 5 at $30 each | -$150 |
| | Tall Shipping Room Chair | 25 |
| | Small Waste Baskets Qty 2 | 5 |
| | | |
| | Total | 4900 |
| | Sales Tax | 392 |
| | Total | 5292 |
| | | |
| | Paid on 5/16/17 | -4965 |
| | Total Due | 327 |